# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff** | | |
| **v.** | * | |
| | | |
| **$2,887,362.38 IN FUNDS SEIZED** | * | **Civil No. 4:16-cv-00499-O** |
| **FROM BANK OF AMERICA** | | |
| **ACCOUNT ENDING IN 6403,** | * | |
| **et al.,** | | |
| ***In Rem* Defendants** | * | |

## NOTICE OF SERVICE OF DISCOVERY

**NOTICE** is hereby given, that counsel for Claimant Kimberly Christianson has this date

served in the above entitled action:

### CLAIMANT KIMBERLY CHRISTIANSON'S RESPONSES TO
### TO FIRST SET OF REQEUSTS FOR ADMISSION
### PROPOUNDED BY PLAINTIFF

The undersigned retains the original of the above document as custodian thereof.

**RESPECTFULLY SUBMITTED**, this the 28th day of August 2017.

KIMBERLY CHRISTIANSON


By:    s/ *J. Scott Gilbert*
       J. Scott Gilbert
       *Pro Hac Vice*
       (MS Bar No. 102123)
       (Texas Bar No. 24103624)
       WATKINS & EAGER, PLLC
       400 E. Capitol Street
       Jackson, MS 39201
       Telephone: (601) 965-1922
       Facsimile: (601) 965-1901
       sgilbert@watkinseager.com

Arnold A. Spencer
(Texas Bar No. 00791709)
Julia D. Bradley
(Texas Bar No. 24088984)
201 Main Street, Suite 1375
Fort Worth, Texas 76102
Telephone: 214-385-8500
Facsimile: 214-969-4343
Arnoldspencer75225@gmail.com
Brad7526@gmail.com


## CERTIFICATE OF SERVICE

I, J. Scott Gilbert, hereby certify that on **August 28, 2017**, a true and correct copy of the above and foregoing pleading has been served by electronic court filing to the following:

Joseph A. Magliolo
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
joseph.magliolo@usdoj.gov


s/ *J. Scott Gilbert*
J. Scott Gilbert