IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | * | |
| v. | * | |
| $2,887,362.38 IN FUNDS SEIZED<br>FROM BANK OF AMERICA<br>ACCOUNT ENDING IN 6403,<br>et al., | *<br><br>* | Civil No. 4:16-cv-00499-O |
| *In Rem* Defendants | * | |

## NOTICE OF SERVICE OF DISCOVERY

**NOTICE** is hereby given, that counsel for Claimant Kimberly Christianson has this date served in the above entitled action:

**CLAIMANT KIMBERLY CHRISTIANSON'S RESPONSES TO
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
PROPOUNDED BY PLAINTIFF**

The undersigned retains the original of the above document as custodian thereof pursuant to Uniform Local Rules.

**RESPECTFULLY SUBMITTED**, this the 12th day of October 2017.

KIMBERLY CHRISTIANSON

By:   s/ *J. Scott Gilbert*
         J. Scott Gilbert
         *Pro Hac Vice*
         (MS Bar No. 102123)
         (Texas Bar No. 24103624)
         WATKINS & EAGER, PLLC
         400 E. Capitol Street
         Jackson, MS 39201
         Telephone: (601) 965-1922
         Facsimile: (601) 965-1901
         sgilbert@watkinseager.com

        Arnold A. Spencer
        (Texas Bar No. 00791709)
        Julia D. Bradley
        (Texas Bar No. 24088984)
        201 Main Street, Suite 1375
        Fort Worth, Texas 76102
        Telephone: 214-385-8500
        Facsimile: 214-969-4343
        Arnoldspencer75225@gmail.com
        Julia@coinsource.net

## CERTIFICATE OF SERVICE

I, J. Scott Gilbert, hereby certify that on **October 12, 2017**, a true and correct copy of the above and foregoing pleading has been served by electronic court filing to the following:

Joseph A. Magliolo
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
joseph.magliolo@usdoj.gov

        s/ *J. Scott Gilbert*
        J. Scott Gilbert